UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE HACKETT,<br><br>        Plaintiff,<br><br>vs.<br><br>BOARD OF PRISON TERMS, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-00048-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 6)<br><br>**ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER** (Doc. 5) |

    Plaintiff Eric Lee Hackett ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 29, 2005, the Magistrate Judge filed a Findings and Recommendation herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days. On April 4, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of

1

this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Although plaintiff filed objections, plaintiff sets forth no grounds that support not adopting the Findings and Recommendations. Plaintiff was ordered by the court to either pay the filing fee in full or file a completed application to proceed in forma pauperis within thirty days. The order was served on plaintiff at his address of record with the court. Plaintiff has provided no explanation for his failure to obey the court's order and has provided no grounds that justify setting aside the Findings and Recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed March 29, 2005, is ADOPTED IN FULL;
2. This action is DISMISSED, without prejudice, based on plaintiff's failure to obey the court's order of February 18, 2005; and
3. All other pending motions are denied, without prejudice.

IT IS SO ORDERED.

**Dated:   May 19, 2005**           /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE